UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-60680-WPD

RICHARD ADAMS,

  Plaintiff,

v.

CHASE ROOFING & CONTRACTING,
INC., a Florida Corporation,

  Defendant.
  _____/

# FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Joint Stipulation of Dismissal With Prejudice [DE 37] (the "Joint Stipulation"), filed herein on March 29, 2017. The Court has carefully considered the Joint Stipulation, notes the signature of counsel, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Joint Stipulation [DE 29] is hereby **APPROVED**[1];

2. This action is **DISMISSED with prejudice**, with each party to bear its own fees and costs excepts as otherwise agreed;

---

[1] This settlement does not need to be reviewed for reasonableness pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982).

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 29th day of March, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record